```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

  CHARLES FOSTER,                  1:19-cv-18825 (NLH)

              Petitioner,          **MEMORANDUM OPINION & ORDER**

       v.

  WARDEN, et al.,

              Defendants.

**APPEARANCES**:

Craig Carpenito, United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
Office of the U.S. Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102
     Attorneys for Respondent

**HILLMAN, District Judge**

   WHEREAS, on October 7, 2019, Petitioner Charles Foster filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, see ECF No. 1; and

   WHEREAS, the Court ordered Respondent to answer the petition on October 11, 2019, see ECF No. 2; and

   WHEREAS, Respondent moved for an extension of time until January 24, 2020 to file its answer, see ECF No. 4; and

   THEREFORE, IT IS on this __15th__ day of January, 2020

   ORDERED that Respondent's request for an extension of time, ECF No. 4, is granted.  The answer is due January 24, 2020; and

it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |