# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CHARLES FOSTER,　　　　　　　　　　1:19-cv-18825 (NLH)

　　　　　　Petitioner,　　　　　**MEMORANDUM OPINION & ORDER**

　　v.

WARDEN, et al.,

　　　　　　Defendants.

**APPEARANCES**:

Craig Carpenito, United States Attorney
Jane Dattilo, Assistant U.S. Attorney
Office of the U.S. Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102
　　Attorneys for Respondent

**HILLMAN, District Judge**

　　WHEREAS, on October 7, 2019, Petitioner Charles Foster filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, see ECF No. 1; and

　　WHEREAS, the Court ordered Respondent to answer the petition on October 11, 2019, see ECF No. 2; and

　　WHEREAS, Respondent filed a request for a second extension of time to file its answer, see ECF No. 7; and

　　THEREFORE, IT IS on this  29th   day of January, 2020

　　ORDERED that Respondent's second request for an extension of time, ECF No. 7, is granted.  The answer is due February 14,

2020; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.